# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Evodio Flores Aguilar,<br>a.k.a.: Evodio Flores-Aguilar,<br>a.k.a.: Evodio Flores Aguila,<br>(A098 005 876)<br>*Defendant* | Case No. 17-515MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 21, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Evodio Flores Aguilar, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about April 7, 2009, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Kathy J. Lemke

☒ Continued on the attached sheet.

_____
Complainant's signature

Richard G. Prunty,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 27, 2017

_____
Judge's signature

City and state: Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Richard G. Prunty, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 21, 2017, Evodio Flores Aguilar was booked into the Maricopa County Jail (MCJ) intake facility by the Mesa Police Department on local charges. While incarcerated at the MCJ, Flores Aguilar was examined by ICE Officer C. Spohn who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On October 26, 2017, Flores Aguilar was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Flores Aguilar was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Evodio Flores Aguilar to be a citizen of Mexico and a previously deported criminal alien. Flores Aguilar was removed from the United States to Mexico at or near Nogales, Arizona, on or about April 7, 2009,

pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Flores Aguilar in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Flores Aguilar's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Evodio Flores Aguilar was convicted of Endangerment, a felony offense, on July 12, 2004, in the Superior Court of Arizona, Maricopa County. Flores Aguilar was sentenced to three (3) years' probation. Flores Aguilar's criminal history was matched to him by electronic fingerprint comparison.

5. On October 26, 2017, Evodio Flores Aguilar was advised of his constitutional rights. Flores Aguilar freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 21, 2017, Evodio Flores Aguilar, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about April 7, 2009, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply

for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Richard G. Prunty,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 27th day of October, 2017.

_____
Michelle H. Burns,
United States Magistrate Judge